UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN LARSON,<br><br>                    Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | CASE NO. C14-0923-JCC-MAT<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of an application for disability benefits by the Commissioner of the Social Security Administration. The parties now stipulate this case should be reversed and remanded for further proceedings. (Dkt. 23.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) shall: (1) instruct the ALJ to update the record and further evaluate plaintiff's impairments at step two to determine whether they are severe and what, if any, work-related limitations they cause; (2) consider or reconsider the evidence in the updated record as a whole, including evidence provided by all treating and examining acceptable and other medical sources; (3) further evaluate

REPORT AND RECOMMENDATION
PAGE - 1

plaintiff's credibility; (4) if necessary, call on the assistance of medical expert(s) for assistance in reassessing plaintiff's residual functional capacity; and (5) obtain supplemental vocation expert testimony. Upon proper presentation, this Court will consider plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

The Court recommends that United States District Judge John C. Coughenour immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A proposed order accompanies this Report and Recommendation.

DATED this <u>20th</u> day of January, 2015.

Mary Alice Theiler
Chief United States Magistrate Judge